IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEBI SUTHERLAND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-457-GMS |
| | ) | |
| HOME DEPOT, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

WHEREAS, the plaintiff, Debi Sutherland ("Sutherland"), filed an employment discrimination case without prepayment of the filing fee;

WHEREAS, on November 8, 2006, the court entered an order requiring Sutherland to complete and return a USM-285 form for the defendant, and informed Sutherland that the United States Marshal would not serve the complaint until all USM-285 forms were received by the Clerk of the Court, and that failure to provide the USM-285 forms within 120 days from the date of the order may result in the complaint being dismissed or defendant being dismissed pursuant to Fed. R. Civ. P. 4(m) (D.I. 5);

WHEREAS, to date, the required USM-285 form has not been received from Sutherland;

THEREFORE, at Wilmington this 14th day of March, 2007, IT IS HEREBY ORDERED that plaintiff's complaint is DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P. 4(m).

_____
UNITED STATES DISTRICT JUDGE

FILED

MAR 14 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE